UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | VIOLATION: 18 U.S.C. § 1028A |
| | : | (Aggravated Identity Theft) |
| ANTHONY MCDUFFIE, | : | |
| | : | |

Case: 1:14-cr-00196
Assigned To : Walton, Reggie B.
Assign. Date : 9/22/2014
Description: INFORMATION (A)
Case Related to: 13-cr-318 (RBW)

INFORMATION

The United States Attorney charges that:

COUNT

In 2010, the exact date being unknown, within the District of Columbia, the defendant, **ANTHONY MCDUFFIE**, did knowingly transfer, possess and use, without lawful authority, a means of identification of another person during and in relation to the offense of bank fraud, in violation of Title 18, United States Code, Section 1344.

(**Aggravated Identity Theft**, in violation of Title 18, United States Code, Section 1028A)

Respectfully submitted,

RONALD C. MACHEN JR.
United States Attorney
D.C. Bar No. 447889

_____
SETH WAXMAN
Assistant United States Attorney
New York Bar #4324638
Fraud and Public Corruption Section
555 4th Street, NW, Room 5235
Washington, DC 20530
(202) 252-7234
Seth.Waxman@usdoj.gov